PROB22
(12/2016)

```
                                                           RECEIVED
                                                   ENTERED         SERVED ON
                                                   COUNSEL/PARTIES OF RECORD

                                                        NOV 12 2025

                                                   CLERK US DISTRICT COURT
                                                     DISTRICT OF NEVADA

                                                   BY: _____ DEPUTY
```

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 7:17CR00431-002 |  |
|---|---|---|
|  | DOCKET NUMBER (Rec. Court): 2:25-cr-00345-JAD-NJK |  |
| NAME AND ADDRESS OF SUPERVISED PERSON: **Ruiz-Garcia, Angel** Las Vegas, Nevada | DISTRICT: Southern District of Texas | DIVISION: McAllen |
|  | NAME OF SENTENCING JUDGE: Honorable Randy Crane | |
|  | DATES OF SUPERVISED RELEASE | From: 01/07/2025 — To: 01/06/2028 |

OFFENSE:

Conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1341 and 1349.

---

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

The Releasee commenced his term of Supervised Release in the District of Nevada, and he intends to remain in said district until the completion of the term of Supervised Release. Additionally, the Releasee's family reside in the District of Nevada.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the <u>Southern</u> District of <u>Texas</u>, <u>McAllen</u> Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District</u> of <u>Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_11/5/2025_
Date

_[signature]_
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the District of <u>Nevada</u>, <u>Las Vegas</u> Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_12/2/2025_
Effective Date

_[signature]_
United States District Judge